People v Simonetty (2024 NY Slip Op 06364)

People v Simonetty

2024 NY Slip Op 06364

Decided on December 18, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 18, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
CHERYL E. CHAMBERS
CARL J. LANDICINO
LAURENCE L. LOVE, JJ.

2023-09945
 (Ind. No. 21/23)

[*1]The People of the State of New York, respondent,
v
Joseph Simonetty, appellant.

McCabe Coleman Ventosa & Patterson PLLC, Poughkeepsie, NY (John J. Ventosa and David L. Steinberg of counsel), for appellant.
Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Kirsten A. Rappleyea and Anna Diehn of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Dutchess County (Edward T. McLoughlin, J.), rendered October 13, 2023, convicting him of burglary in the first degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that the County Court improperly sentenced him based upon a materially untrue assumption is unpreserved for appellate review (see CPL 470.05[2]; People v McDonald, 131 AD3d 1268, 1269). In any event, the contention is without merit, as the court did not rely upon a materially untrue assumption in imposing the sentence (see People v Naranjo, 89 NY2d 1047, 1049; People v McDonald, 131 AD3d at 1269).
The sentence imposed was not excessive (see CPL 470.15[6][b]; People v Suitte, 90 AD2d 80).
BRATHWAITE NELSON, J.P., CHAMBERS, LANDICINO and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court